**THE HOWLEY LAW FIRM P.C.**
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NEW YORK 10118
(212) 601-2728
FAX: (347) 603-1328

WWW.HOWLEYLAWFIRM.COM

June 27, 2018

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

          Re:  *Leon, et al. v. Kukaj, et al.*, 1:17 Civ. 06167 (DF)

Dear Judge Freeman:

    I write on behalf of plaintiffs Melesio Leon, Luis A. Asitimbay, and Nestor Macancela to submit a revised settlement agreement that has been signed by all parties in the above-captioned action.

    The revised settlement agreement resolves all claims for unpaid wages under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") in this action.

    On June 11, 2018, the parties jointly moved for approval of the settlement agreement. During a conference call on June 22, 2018, the Court noted some ambiguity in Section 9 of the agreement (which was then mislabeled as a second Section 8) governing future actions to enforce the agreement. The Court also expressed a preference that all parties execute the agreement before submitting it for approval.

    The revised settlement agreement makes clear that any future enforcement action will be in New York State Supreme Court, New York County, corrects the mistake in numbering, and is executed by all parties.

    For the reasons set forth above and in our initial letter motion, the parties respectfully request that Your Honor grant the motion, approve the parties' settlement agreement, and dismiss the action with prejudice.

                                                       Respectfully submitted,

                                                        John Howley